JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Michael Rocca

        Plaintiff,

v.

Gateway Plaza LLC

        Defendants.

Case No. CV 14-07286-AB (JPRx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 20, 2016          _____
                                        ANDRÉ BIROTTE JR.
                                        UNITED STATES DISTRICT JUDGE